IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 24-CR-85 |
| Plaintiff, | ) | |
| vs. | ) | **UNRESISTED** |
| | ) | DEFENDANT'S MOTION FOR |
| TYLER DUNLAP, | ) | PERMISSION TO MARRY |
| Defendant. | ) | |

Defendant, Tyler Dunlap, through counsel, respectfully requests permission from this Court to marry, and states in support as follows:

1. Tyler Dunlap was indicted on October 9, 2024, on one count of Possession of a Firearm by a Drug User, violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(8) and one count of Possession of a National Firearms Act Firearm Not Registered to Possessor, in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871.

2. Mr. Dunlap is being detained at the Iowa County Jail.

3. Mr. Dunlap is seeking permission to marry Breanna Morning.

4. Assistant U.S. Attorney Tony Morfitt has indicated that he will not resist Mr. Dunlap's motion to marry.

For the foregoing reasons, the defendant, Tyler Dunlap, respectfully requests permission from this Court to marry Breanna Morning.

CERTIFICATE OF SERVICE
I hereby certify that on January 3, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Melissa Dullea

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

1